```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 27891
   RUSSELL E GUETHLE
   BRENDA J GUETHLE                       CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-1469     SSN XXX-XX-7088
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/28/04 and confirmed on 10/05/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 21440.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE | MORTGAGE ARRE | 2042.68 | .00 | 2042.68 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 12212.15 | .00 | 12212.15 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 3639.74 | .00 | 363.97 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 877.28 | .00 | 87.73 |
| ELAN FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 606.97 | .00 | 60.70 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | 242.00 | .00 | 24.20 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENCE FINANCIAL | UNSECURED | 14340.60 | .00 | 1434.06 |
| RISK MANAGEMENT ALT INC | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 3545.65 | .00 | 354.57 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12059.61 | .00 | 1205.96 |
| LITTON LOAN SERVICING IN | COST OF COLLE | 395.00 | .00 | 395.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14254.83 | 395.00 | 35311.85 | .00 | 49961.68 |
| PRINCIPAL PAID | 14254.83 | 395.00 | 3531.19 | .00 | 18181.02 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 14254.83 | 395.00 | 3531.19 | .00 | 18181.02 |

The Debtor's attorney, JOHN A REED                        , was allowed $   2700.00
and was paid $     406.00   direct and $    2294.00   through the plan.

The Trustee received $     964.46 .

Refunds to the Debtor totaled $        .52 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE